# EXHIBIT B

# EXHIBIT B

Table 51.   Raw ARV Table, by MOS Group

| MOS Category | M. Accom. | M. Prof. | Courage | Stress | Initiative | Leadrshp | Develpng | Example | Well-being | Comm | Dec. Mkng | Judgmt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All MOSs   O/a | 4.55 | 4.26 | 3.78 | 3.90 | 4.31 | 4.04 | 3.86 | 4.08 | 3.90 | 4.07 | 4.06 | 4.07 |
| Selected | 4.66 | 4.35 | 3.82 | 3.96 | 4.40 | 4.10 | 3.93 | 4.15 | 3.92 | 4.13 | 4.13 | 4.14 |
| Non-Selected | 4.33 | 4.08 | 3.68 | 3.77 | 4.12 | 3.90 | 3.74 | 3.93 | 3.84 | 3.93 | 3.93 | 3.93 |
| Aviation    O/a | 4.56 | 4.26 | 3.73 | 3.85 | 4.25 | 3.99 | 3.82 | 4.01 | 3.85 | 3.99 | 4.04 | 4.06 |
| Selected | 4.69 | 4.37 | 3.77 | 3.91 | 4.35 | 4.06 | 3.88 | 4.08 | 3.88 | 4.05 | 4.10 | 4.12 |
| Non-Selected | 4.36 | 4.07 | 3.66 | 3.76 | 4.10 | 3.88 | 3.71 | 3.90 | 3.82 | 3.90 | 3.95 | 3.95 |
| Infantry    O/a | 4.58 | 4.27 | 3.89 | 4.02 | 4.38 | 4.15 | 3.96 | 4.18 | 3.96 | 4.11 | 4.10 | 4.10 |
| Selected | 4.65 | 4.33 | 3.92 | 4.06 | 4.43 | 4.20 | 3.98 | 4.24 | 3.98 | 4.16 | 4.15 | 4.15 |
| Non-Selected | 4.37 | 4.11 | 3.80 | 3.90 | 4.23 | 3.98 | 3.88 | 4.01 | 3.88 | 3.96 | 3.96 | 3.95 |
| Logistics   O/a | 4.57 | 4.27 | 3.81 | 3.93 | 4.34 | 4.08 | 3.89 | 4.13 | 3.95 | 4.09 | 4.11 | 4.09 |
| Selected | 4.70 | 4.37 | 3.85 | 3.99 | 4.44 | 4.14 | 3.94 | 4.20 | 3.98 | 4.16 | 4.17 | 4.16 |
| Non-Selected | 4.30 | 4.05 | 3.72 | 3.80 | 4.12 | 3.93 | 3.78 | 3.98 | 3.89 | 3.94 | 3.97 | 3.95 |
| Other MOSs O/a | 4.52 | 4.25 | 3.78 | 3.90 | 4.33 | 4.03 | 3.87 | 4.09 | 3.91 | 4.11 | 4.06 | 4.07 |
| Selected | 4.63 | 4.32 | 3.83 | 3.97 | 4.42 | 4.10 | 3.93 | 4.17 | 3.94 | 4.18 | 4.13 | 4.14 |
| Non-Selected | 4.29 | 4.08 | 3.67 | 3.76 | 4.13 | 3.89 | 3.72 | 3.92 | 3.85 | 3.96 | 3.90 | 3.90 |
| **Galvin** | **5.38** | **5.63** | **5.00** | **4.88** | **5.25** | **5.13** | **5.00** | **5.00** | **5.00** | **4.50** | **5.13** | **5.13** |