# EXHIBIT C

Table 14.  Summary Statistics of FITREP Scores: Sample Composed of those Selected to LtCol

| Variable | Obs | Mean | Std. Dev. | Min | Max | **Galvin** |
|---|---|---|---|---|---|---|
| Selection-restricted | | | | | | |
| RSRV-P | 1343 | 93.523 | 2.267 | 86.39 | 99.58 | |
| RSRV-C | 1343 | 91.757 | 2.099 | 85.13 | 98.6 | |
| RORV-P | 1343 | 0.367 | 0.324 | -0.573 | 1.445 | |
| RORV-C | 1343 | 0.198 | 0.302 | -0.755 | 1.212 | |
| | | | | | | |
| Mission Performance | 1343 | 4.586 | 0.243 | 3.837 | 5.437 | **5.38** |
| Mission Proficiency | 1343 | 4.294 | 0.229 | 3.387 | 5.098 | **5.63** |
| Courage | 1343 | 3.855 | 0.188 | 3.15 | 4.498 | **5.00** |
| Effectiveness | 1343 | 3.956 | 0.189 | 3.295 | 4.572 | **4.88** |
| Initiative | 1343 | 4.393 | 0.256 | 3.5 | 5.283 | **5.25** |
| Leading Subordinates | 1343 | 4.096 | 0.206 | 3.465 | 4.794 | **5.13** |
| Developing Subordinates | 1343 | 3.941 | 0.197 | 3.396 | 5.001 | **5.00** |
| Setting the Example | 1343 | 4.197 | 0.234 | 3.315 | 5.067 | **5.00** |
| Ensuring Well Being of Subordinates | 1343 | 3.993 | 0.174 | 3.46 | 4.801 | **5.00** |
| Communication | 1343 | 4.095 | 0.236 | 3.291 | 4.993 | **4.50** |
| PME | 1343 | 3.618 | 0.261 | 2.934 | 4.785 | **4.25** |
| Decision Making | 1343 | 4.102 | 0.179 | 3.516 | 4.744 | **5.13** |
| Judgment | 1343 | 4.103 | 0.178 | 3.53 | 4.744 | **5.13** |
| | | | | | | |
| Commendatory FITREP | 1343 | 5.443 | 2.269 | 0 | 15 | **1** |
| Adverse FITREP | 1343 | 0.008 | 0.101 | 0 | 2 | **0** |
| Awards | 1343 | 5.985 | 2.128 | 1 | 23 | **10** |